## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | ) | |
| | ) | |
| | ) | CASE NO: 12-cv-3046 |
| Plaintiff, | ) | |
| | ) | Judge: |
| v. | ) | Magistrate: |
| | ) | |
| DOES 1-60, | ) | [Case pending in the U.S. District Court |
| | ) | for the Southern District of Texas, |
| Defendants. | ) | No. 4:12-cv-00262] |

### PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

Plaintiff BUBBLE GUM PRODUCTIONS, LLC respectfully moves this Court, pursuant to Federal Rules of Civil Procedure Rule 45(c)(2)(B), to enter an Order directing CEQUEL III COMMUNICATIONS II, LLC d/b/a CEBRIDGE CONNECTIONS ("Cebridge") to comply with the subpoena *duces tecum* dated February 7, 2012, and to produce documents or information described therein in the matter captioned above and pending in the U.S. District Court for the Southern District of Texas. Plaintiff seeks to obtain identifying information associated with internet service account subscribers including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address pursuant to lawful subpoenas issued to Cebridge and served on February 7, 2012.

Pursuant to Local Rule 37.2, after consultation by telephone and good faith attempts to resolve differences, the parties resolved one objection by Cebridge. The undersigned counsel for Bubble Gum Productions, LLC and John D. Seiver, counsel for Cebridge, held a telephone consultation on April 24, 2012 at or around 2:00 p.m. Good faith attempts by the parties were

able to resolve one of the objections raised by Cebridge, but the parties were unable to reach an accord on the remaining objections.

WHEREFORE, Plaintiff respectfully requests an order compelling Cebridge to comply with the subpoena.

Respectfully submitted,

BUBBLE GUM PRODUCTIONS, LLC

**DATED: April 24, 2012**

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*